IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CALVIN BOYCE**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 5:22-CV-5227**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                              **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 20) filed in this case on June 20, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. On June 20, 2023, the Commissioner filed an Unopposed Motion to Remand (Doc. 18). The Magistrate Judge's recommendation is that the Court grant the Motion, reverse the decision of the ALJ, and remand the case. Neither party objects to this course of action.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Commissioner's Motion to Remand (Doc. 18) is **GRANTED**, and the decision of the ALJ is **REVERSED**. This case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 5th day of July, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE